**ORIGINAL**

FILED

UNITED STATES DISTRICT COURT  '08 JUN -9 AM 9:52

SOUTHERN DISTRICT OF CALIFORNIA CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: cr  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate's Case No. '08 MJ 1787 |
| v. ) | COMPLAINT FOR VIOLATION OF |
| ADAN SALGADO SALAZAR ) | Title 21 U.S.C., Sec. and 841(a)(1) - Possession with Intent to Distribute Heroin |

The undersigned complainant being duly sworn states:

On or about June 6, 2008, within the Southern District of California, Adan SALGADO SALAZAR did knowingly and intentionally Possess with Intent to Distribute Heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
J. Allan Karas
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June 6th, 2008.

_____
United States Magistrate Judge

PROBABLE CAUSE STATEMENT

I, J. Allan Karas, Special Agent with the United States Drug Enforcement Administration (DEA), declare under penalty of perjury, the following is true and correct to the best of my knowledge:

On June 6th, 2008, Task Force Officer (TFO) Jose Barruetto and myself approached passenger Adan SALGADO SALAZAR in the gate area for a Jet Blue flight to New York City in the San Diego International Airport. Myself and TFO Barruetto identified ourselves to SALGADO as law enforcement officers. SALGADO had purchased a one-way cash ticket on Jet Blue Airlines to New York City at the counter. SALGADO immediately began to display what I recognized as nervous behavior and gave conflicting statements about his travel to New York City. SALGADO's statements about his travel before arriving at the San Diego Airport were also inconsistent and conflicting. SALGADO gave consent for a search of his belongings and person. The initial search was negative, and I asked SALGADO if he would mind accompanying agents to the DEA office to continue the interview and search. SALGADO consented.

The follow-up search of SALGADO's person and belongings was also negative. I asked SALGADO if he would mind going to the US Customs area at the airport and consent to an x-ray of his person. SALGADO put his head down. I asked him if he had swallowed drugs. He admitted to me that he had swallowed approximately 90 pellets of drugs.

Post Miranda, SALGADO admitted to me that he was to be paid $4000 to deliver the pellets to New York City. SALGADO admitted that he had swallowed the pellets in Guadalajara approximately 10 hours earlier. SALGADO admitted he had crossed the border earlier in the morning and taken a cab directly to the San Diego Airport.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

As of yet, SALGADO is in the hospital under a doctor's care in order to medically manage the collection of the pellets. I saw SALGADO's x-ray and observed what appeared to be numerous pellet type objects in the abdomen area. In my training and experience, I believe the pellets contain heroin. Pellet swallowing is a common way for heroin to be smuggled into the United States. I believe the amount of heroin contained in the pellets is consistent with an amount for distribution.

Executed on June 6th, 2008

Allan Karas
Special Agent
DEA

SUBSCRIBED and SWORN to before me
this __6__ day of June 2006.

On the basis of the facts presented to me in this probable cause statement, I find probable cause to believe the defendant named in this probable cause statement committed the offense on June 6th, 2008, in violation of 21 USC 841(a)(1)

United States Magistrate Judge
Southern District of California