# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08 MJ 1787
vs )   ABSTRACT OF ORDER
Adan Salgado Salazar )   Booking No. _____
~~[struck out]~~ )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6/9/08__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__✓__ Case Dismissed.  w/o prejudice

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

_____Ruben B Brooks_____
UNITED STATES MAGISTRATE JUDGE

OR

Received __Andrea J Campe__
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by _[signature]_
   Deputy Clerk

Crim-9 (Rev 6-95)                    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY